ROBERT ROOD, Plaintiff, v. U.S. SEC'Y OF AGRIC. Defendant.

Court No. 05–00303

*JUDGMENT*

CARMAN, Judge: This Court, having received and reviewed the United States Department of Agriculture's Corrected Reconsideration upon the Application of Robert Rood, whereby Plaintiff was found to be eligible to receive benefits pursuant to 19 U.S.C. § 2401e(b)(1) (Supp. II 2002), hereby

ORDERS that the United States Department of Agriculture's corrected reconsideration is affirmed.